1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  In Re:                        )      No. MC-F-05-0027 REC
        Request for Assistance   )
10      from the Government of    )      ORDER FOR WRIT OF HABEAS
        Canada for the testimony )      CORPUS AD TESTIFICANDUM
11      of Larry Miller in the    )
        Matter of RJR Tobacco     )
12      International, Inc.,       )
        et al.                    )
13  _____ )

14      Upon motion of the United States and upon review of the

15  request from the Minister of Justice of the Government of Canada

16  seeking the testimony of a prisoner in the custody of U.S. Bureau

17  of Prisons for use in a prosecution in Toronot, Ontario, Canada,

18  the Court having fully considered this matter,

19      IT IS HEREBY ORDERED, pursuant to the authority conferred by

20  the *Treaty Between the Government of Canada and the Government of*

21  *the United States of America Mutual Legal Assistance in Criminal*

22  *Matters*, as well as 28 U.S.C. §§ 1782 and 2241(c)(5), and this

23  Court's inherent authority, that the United States Marshal for

24  the Eastern District of California, or any of his authorized

25  deputies or designees, the Warden of the Federal Correctional

26  Center-Taft Correctional Institute, Taft, California ("FCC

                                1

1  Taft"), are hereby directed to execute the request as follows:

2       The prisoner Larry Miller (DOB 2/19/1945, Reg. NO. 21987-

3  048) is now in custody in FCC Taft.  He is required to testify in

4  a preliminary inquiry proceeding pending in Toronto, Ontario,

5  Canada, against RJR Tobacco International, Inc., et al..  The

6  preliminary inquiry commenced April 11, 2005, with Miller's

7  testimony anticipated to commence May 2005.

8       **ACCORDINGLY**, the Warden of FCC Taft and the U.S. Bureau of

9  Prisons are ORDERED to surrender custody of the prisoner Larry

10  Miller to the United States Marshal for the Eastern District of

11  California and any of his authorized deputies or designees

12  ("Marshal").  Such surrender shall be made immediately upon

13  receipt of this order or at such other time as requested by the

14  Marshal.

15      The Marshal is ORDERED to take appropriate steps to make and

16  maintain contact with the Royal Canadian Mounted Police to

17  arrange, coordinate, schedule and accomplish the timely

18  transportation of Larry Miller to Toronto, Ontario, Canada for

19  testimony in the preliminary inquiry described herein.

20      **FURTHER ORDERED** that Larry Miller is to remain in custody of

21  the Marshal at all times and under such terms and conditions for

22  transportation and incarceration as are arranged by the Marshal

23  in his discretion.

24  ///

25  ///

26  ///

1   **FURTHER ORDERED** that upon completion of his testimony in

2   Toronto, Ontario, Canada, Larry Miller is to be expeditiously

3   transported by the Marshal back to FCC-Taft, Taft, California and

4   returned to the custody of the U.S. Bureau of Prisons.

5

6   IT IS SO ORDERED.

7   **Dated:  May 13, 2005**                    **/s/ Robert E. Coyle**
    ia40ij                              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3